IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BARRY BURNS, | § | |
|           Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RUDY MONTANO, in his individual capacity | § | Civil Action No. 2:18-cv-100 |
| as a Randall County Sheriff Department | § | |
| Corporal, | § | |
|           Defendant. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiffs file this Certificate of Interested Parties, and would show the Court the following:

The only person, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities financially interested in the outcome of this litigation are:

1. Plaintiff Barry Burns, individually, c/o Edwards Law, The Haehnel Building, 1101 East 11th Street, Austin, Texas, 78702.

2. Plaintiff's counsel:

    a. Jeff Edwards
       Scott Medlock
       Wallis Nader
       **EDWARDS LAW**
       The Haehnel Building
       1101 East 11th Street
       Austin, Texas 78702
       Tel.  512-623-7727
       Fax.  512-623-7729

    b. Tim Newsom
       **YOUNG & NEWSOM, PC**
       1001 S. Harrison, Suite 200

       Amarillo, Texas 79101
       Tel: 806-331-1800
       Fax: 806-398-9095

3. Defendant Rudy Montano, in his individual capacity as a Randall County Sheriff Department Corporal, c/o Randall County Sheriff's Office, 9100 S. Georgia, Amarillo, Texas 79118.

Dated: May 24, 2018.

       Respectfully submitted,

       **EDWARDS LAW**
       The Haehnel Building
       1101 East 11th Street
       Austin, Texas 78702
       Tel.  512-623-7727
       Fax.  512-623-7729

       By    /s/ Jeff Edwards
           JEFF EDWARDS
           State Bar No. 24014406
           jeff@edwards-law.com
           SCOTT MEDLOCK
           State Bar No. 24044783
           scott@edwards-law.com
           WALLIS NADER
           State Bar No. 24092884
           wallis@edwards-law.com

       **YOUNG & NEWSOM, PC**
       TIM NEWSOM
       State Bar No. 00784677
       1001 S. Harrison, Suite 200
       Amarillo, Texas 79101
       Tel: 806-331-1800
       Fax: 806-398-9095

       **ATTORNEYS FOR PLAINTIFF**