IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Barry Burns v. Rudy Montano**

2. Civil action number: **2:18-cv-00100-D**

3. Nature of the suit: **civil rights**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **July 24, 2019**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services      ☐ Settled, in part, as a result of ADR

   X  Settled as a result of ADR           ☐ Parties were unable to reach a settlement.

7. What was your TOTAL fee: **$6,390.00**

8. Duration of ADR: **eight (8) hours**   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, Texas 75225
    Telephone: (214) 744-5267


*/s/ Jeff Kaplan*                                                  July 25, 2019
Signature

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Jeffrey S. Edwards
Scott C. Medlock
Edwards Law Firm
1101 East 11th Street
Austin, Texas 78702
Tel: (512) 623-7727
Counsel for Plaintiff

Andrew R. Evans
Blair S. Oscarsson
Sprouse Shrader Smith PLLC
701 South Taylor Street, Suite 500
Amarillo, Texas 79101
Tel: (806) 468-3300
Counsel for Defendant


Barry Burns, with Plaintiff
Rudy Montano, with Defendant
Brook Beardsley, with Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

_____
Judy Stephenson, Case Manager